UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CABRERA MENDOZA,<br><br>  Petitioner,<br><br>  v.<br><br>DERRAL ADAMS, WARDEN,<br><br>  Respondent. | CASE NO. ED CV 09-100-SGL (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Final Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:   August 6, 2009.

                                   /s/ S.G. Larson
                                   _____
                                   STEPHEN G. LARSON
                                   UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Order accep r&r.wpd