UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS CABRERA MENDOZA, | ) | CASE NO. ED CV 09-100-SGL (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| DERRAL ADAMS, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 6, 2009

*signature*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.wpd